OLAF CASPERSEN, Judgment Creditor, Respondent, v. LA SALA BROS., INC., and Others, Judgment Debtors. LA SALA MASONS, INC., by DOMINICO LA SALA,

Secretary and Treasurer, Third Party, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.